UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GLORIA GREEN, *pro se*,

    Plaintiff,

v.                                  Case No: 5:09-CV-354-T-30GRJ

RENAL TREATMENT CENTERS
SOUTHEAST,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Gary R. Jones (Dkt. #3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Plaintiff's Complaint is DISMISSED.

3. Plaintiff's Motion to Proceed (Dkt. #2) *In Forma Pauperis* is DENIED.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 3, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-354.Ocala adopt 3.wpd